**Chukwuma E. AZUBUKO, Plaintiff—Appellant,**

v.

**STATE of Massachusetts, Defendant—Appellee.**

No. 05–1583.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2005.

Decided Oct. 5, 2005.

Chukwuma E. Azubuko, Appellant pro se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Chukwuma E. Azubuko appeals the district court's order denying his request that the district judge recuse himself. "We review a trial judge's decision on matters of recusal for abuse of discretion." *United States v. Cherry,* 330 F.3d 658, 665 (4th Cir.2003). Having reviewed the record and materials before the court, we conclude that the district court did not abuse its discretion in denying the recusal motion, and therefore we affirm the order.* *See Azubuko v. Massachusetts,* No. CA–04–528–7 (W.D.Va. filed Apr. 26, 2005 & entered Apr. 27, 2005). We dispense with oral argument because the facts and legal

---

\* Azubuko failed to timely appeal from the district court's order dismissing the complaint in this case. *See* Fed. R.App. P. 4(a). In addition, Azubuko specified in the notice of appeal his intention to challenge the recusal order. Therefore, we review only the order denying the motion to recuse. *See* Fed. R.App. P. 3(c)(1)(B) (the notice of appeal must "designate the judgment, order, or part thereof being appealed.").

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*